FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 2 0 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CUONG VIET NGUYEN,<br><br>   Petitioner,<br><br>  v.<br><br>TIM VIRGA, Warden CSP-Sac.,<br><br>   Respondent. | Case No. SACV 12-00861 JAK (AN)<br><br>ORDER ACCEPTING REPORT<br>AND RECOMMENDATION OF THE<br>UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objection [6]. Further, the Court has completed a *de novo* review of those portions of the R&R to which Petitioner has objected.

  IT IS ORDERED that:

  1. Petitioner's motion to stay this action and hold his Petition in abeyance is denied for the reasons in the R&R and because he has failed to show good cause. *Rhines v. Weber*, 544 U.S. 269, 277, 125 S. Ct. 1528 (1995). While a petitioner's "reasonable confusion about whether a state filing would be timely may constitute 'good cause' for him to file in federal court" while the state petition exhausting his claims is still pending, *Pace v. DiGuglielmo*, 544 U.S. 408, 416, 125 S. Ct. 1807

1  (2005), this Court finds that, what Petitioner characterizes in his motion to stay as an
2  "absence in California of a predictable standard against which the timeliness of state
3  habeas petitions will be judged" (Mot. at 3:13-15), does not constitute grounds for
4  reasonable confusion necessitating a "protective" petition.
5      Accordingly, the Objection is overruled in its entirety and the Court accepts the
6  findings and recommendation of the R&R.
7      2.   Judgment shall be entered dismissing this action without prejudice.
8      3.   Any and all other pending motions are denied as moot and terminated.
9      IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this
10 Order and the Judgment on all counsel or parties of record.

Dated: July 19, 2012

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE